# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>ALBERTSONS COMPANIES, INC., ALBERTSON'S, LLC, AND DOES 1-5, INCLUSIVE,<br><br>Defendants. | Case No.: 3:18-cv-00852 MMA-BGS<br><br>**ORDER GRANTING IN PART JOINT MOTION TO AMEND SCHEDULING ORDER CONTINUING FACT DISCOVERY AND PRE-TRIAL DEADLINES AND CONTINUE TOLLING DISCOVERY DISPUTES** |

The parties have filed a Joint Motion to Amend the Scheduling Order to continue numerous deadlines to accommodate the parties' ongoing efforts to finalize settlement of this case. (ECF 48.) This is the parties' fourth request to extend deadlines based on ongoing settlement efforts and their second request to extend fact discovery, expert discovery, and the deadline to file dispositive motions. (ECF 38, 44, 46.) The parties seek extension of the above deadlines by approximately 60 days. The parties represent that they have attempted to finalize their consent decree through exchange of redlined versions in September and early October and telephonic negotiations in early November and will participate in an

in-person settlement meeting in early December.  However, they provide little explanation why they have waited until December, three months after their mediation, to meet in person regarding settlement.  Their reliance on the scheduling of that meeting in seeking these extensions suggests that the parties consider and in-person meeting important to finalizing settlement.  Additionally, the parties do not explain why they would need almost two months following this December meeting to raise the tolled discovery disputes and proceed with the completion of discovery.  Accordingly, the Court **GRANTS the motion in part** as set forth below:

    1.    The parties' deadline to bring all the discovery disputes relating to Defendants' July 2, 2019 discovery responses to the Court's attention shall be tolled and continued until **January 10, 2020**; and

    2.    The Scheduling Order's pre-trial deadlines are amended as follows:

| Event | Deadline |
| --- | --- |
| Fact Discovery | February 28, 2020 |
| Expert Designation | March 16, 2020 |
| Rebuttal Expert Designation | March 30, 2020 |
| Expert Disclosures | April 6, 2020 |
| Rebuttal Expert Disclosures | May 6, 2020 |
| Expert Discovery | June 3, 2020 |
| Dispositive Pre-trial motions | Remains June 26, 2020 |

If the parties seek further extension of these deadlines, their request should include detailed explanation for any periods of delay.

**IT IS SO ORDERED.**

Dated:  November 27, 2019

Hon. Bernard G. Skomal
United States Magistrate Judge