UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>              Plaintiff,<br><br>v.<br><br>ALBERTSONS COMPANIES, INC. and ALBERTSON'S, LLC,<br><br>              Defendants. | Case No.: 18-cv-00852 MMA (BGS)<br><br>**ORDER SETTING DEADLINE TO FILE CONSENT DECREE** |

On March 16, 2020, the parties filed a Joint Status Report Regarding Settlement indicating they were unable to file the consent decree as the parties anticipated. (ECF 51.) The parties expect the consent decree will be filed by April 15, 2020. (*Id.*) Accordingly, the Court orders the consent decree be filed by **April 15, 2020**. If the parties are unable to file the consent decree by April 15, 2020, they must file an updated status report by April 15, 2020 indicating why it has not been timely filed.

**IT IS SO ORDERED.**

Dated: March 19, 2020

Hon. Bernard G. Skomal
United States Magistrate Judge

1