UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>ALBERTSONS COMPANIES, INC. and ALBERTSON'S, LLC,<br><br>    Defendants. | Case No.: 18-cv-00852 MMA (BGS)<br><br>**ORDER:**<br>**(1) RESETTING DEADLINE TO FILE CONSENT DECREE**<br>**(2) SCHEDULING TELEPHONIC STATUS CONFERENCE** |

On February 14, 2020, the parties filed a Joint Notice of Settlement indicating the parties had reached a final settlement of this action. (ECF 50.) Because key personnel needed to provide signatures on the consent decree were out of the country, the parties requested 30 days to submit the consent decree. (*Id.*) On March 16, 2020, the parties filed a Joint Status Report Regarding Settlement indicating the filing of the consent decree and been delayed by the COVID-19 public health emergency and the additional responsibilities and burdens it have placed on Defendant Albertsons as a national grocery retailer. (ECF 51.) The parties expected the consent decree would be filed by April 15, 2020. (*Id.*)

The Court ordered the parties to file the consent decree by April 15, 2020 and to file an updated status report by the same date if they were unable to timely submit the

consent decree. (ECF 52.) On April 14, 2020, the parties filed a Second Joint Status Report regarding settlement. (ECF 53.) It indicates the parties have not been able to file the consent decree because of COVID-19, but anticipate filing it by May 15, 2020 and have committed to work together to expedite payment of any settlement amounts to Claimants. (*Id.*)

The Court orders the consent decree be filed by **May 15, 2020**. If the parties are unable to file the consent decree by May 15, 2020, they must file an updated status report by May 15, 2020. The Court also sets a telephonic Status Conference for **May 20, 2020 at 10:00 a.m.** Plaintiff's counsel shall coordinate the joint call to (619) 557-2993.

**IT IS SO ORDERED.**

Dated: April 27, 2020

Hon. Bernard G. Skomal
United States Magistrate Judge